*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
MONAHAN, STEPHENS, and GARRISON
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Robert P. SANCHEZ**
Gunnery Sergeant (E-7), U.S. Marine Corps
*Appellant*

**No. 202100339**

_____

Decided: 28 June 2022

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Benjamin C. Robertson (arraignment)
Adam M. King (trial)

Sentence adjudged 16 September 2021 by a general court-martial convened at Camp Foster, Okinawa, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for 24 months and a dishonorable discharge.

For Appellant:
*Major B. L. Farrell, USMC*

———————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

KYLE D. MEEDER
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.